654

No. 1016. GLASER ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt, Abraham B. Frey,* and *R. S. Doyle* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold, James W. Morris,* and *John MacC. Hudson* for respondent.

No. 1018. HOWELL *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel V. Howell* and *Chas. M. Howell, Jr.,* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Charles Bunn* and *James W. Morris* for respondent.

No. 1019. GILDERSLEEVE SHIPBUILDING Co. *v.* THE KATHERINE R. HICKEY ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William F. Purdy* for petitioner. *Mr. John Tilney Carpenter* for respondents.

No. 1023. UNITED STATES EX REL. SEEMAN *v.* MULLIGAN, U.S. MARSHAL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ellsworth C. Alvord* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.